**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Abdallah M. DAIS, aka Seal A, aka Kamal Soudiha, Defendant—Appellant.**

No. 03–50173.

United States Court of Appeals, Ninth Circuit.

June 22, 2005.

Before TROTT, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM *

In our prior decision, we affirmed Dais' conviction and the sentence imposed by the district court. *United States v. Dais,* 101 Fed. Appx. 669, 2004 WL 1326245 (9th Cir.2004) (unpublished disposition). The Supreme Court vacated the disposition and remanded to this court for further consideration in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Dais v. United States,* —— U.S. ——, 125 S.Ct. 989, 160 L.Ed.2d 1034 (2005). We remand to the district court for further proceedings in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *United States v. Ameline,* 409 F.3d 1073 (9th Cir. 2005) (en banc). In all other respects, our

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

prior decision remains in full force and effect.

REMANDED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.